```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 07543
   THOMAS A JASTPER
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-6702


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/26/2007 and was not confirmed.

     The case was dismissed without confirmation 08/09/2007.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------------
LITTON LOAN SERVICING    CURRENT MORTG         .00           .00            .00
LITTON LOAN SERVICING    MORTGAGE ARRE    31929.97           .00            .00
HOMEQ SERVICING CORP     CURRENT MORTG         .00           .00            .00
HOMEQ SERVICING CORP     MORTGAGE ARRE     4004.19           .00            .00
HOMEQ SERVICING CORP     NOTICE ONLY      NOT FILED          .00            .00
INTERNAL REVENUE SERVICE PRIORITY          4890.61           .00            .00
ASSOCIATE AREA COUNSEL   NOTICE ONLY      NOT FILED          .00            .00
D PATRICK MULLARKEY      NOTICE ONLY      NOT FILED          .00            .00
INTERNAL REVENUE SERVICE NOTICE ONLY      NOT FILED          .00            .00
US ATTORNEYS OFFICE      NOTICE ONLY      NOT FILED          .00            .00
KAREN JACKSON            NOTICE ONLY      NOT FILED          .00            .00
HITCHCOCK AND ASSOCIATES PRIORITY         NOT FILED          .00            .00
ECAST SETTLEMENT CORP    UNSECURED         1997.01           .00            .00
CHASE                    UNSECURED        NOT FILED          .00            .00
CITIBANK                 UNSECURED        NOT FILED          .00            .00
HSBC/CARSONS             UNSECURED        NOT FILED          .00            .00
MONOGRAM BANK N AMERICA  UNSECURED        NOT FILED          .00            .00
MONOGRAM BANK N AMERICA  UNSECURED        NOT FILED          .00            .00
SHERMAN ACQUISITION      NOTICE ONLY      NOT FILED          .00            .00
VALUE CITY               UNSECURED        NOT FILED          .00            .00
WASHINGTON MUTUAL/PROVID UNSECURED        NOT FILED          .00            .00
WELLS FARGO FINANCIAL    UNSECURED        NOT FILED          .00            .00
WELLS FARGO FINANCIAL    UNSECURED        NOT FILED          .00            .00
WFNNB/HARLEM FURNITURE   UNSECURED        NOT FILED          .00            .00
VALUE CITY               UNSECURED        NOT FILED          .00            .00
INTERNAL REVENUE SERVICE UNSECURED         1998.45           .00            .00
LITTON LOAN SERVICING    NOTICE ONLY      NOT FILED          .00            .00
HOMEQ SERVICING CORP     UNSECURED        NOT FILED          .00            .00
INTERNAL REVENUE SERVICE SECURED            505.89           .00            .00
THOMAS R HITCHCOCK       DEBTOR ATTY      1,200.00                      1,117.20
TOM VAUGHN               TRUSTEE                                           82.80
DEBTOR REFUND            REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 07543 THOMAS A JASTPER
```

```
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                     1,200.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                   1,117.20
TRUSTEE COMPENSATION                                82.80
DEBTOR REFUND                                         .00
                         ---------------      ---------------
TOTALS                      1,200.00             1,200.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 12/05/07               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE






                              PAGE   2
         CASE NO. 07 B 07543 THOMAS A JASTPER